```
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION
```

| | |
|---|---|
| Henry Russell Smith, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Nancy A. Berryhill, Acting )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 8:16-cv-1554-BHH<br><br>**ORDER** |

This matter is before the Court on Plaintiff Henry Russell Smith's ("Plaintiff") complaint filed pursuant to 42 U.S.C. § 405(g), seeking judicial review of the Commissioner of Social Security's final decision, which denied Plaintiff's claim for disability insurance benefits. The record includes the report and recommendation ("Report") of a United States Magistrate Judge, which was made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(a) (D.S.C.). In the Report, which was filed on June 21, 2017, the Magistrate Judge recommends that the Court affirm the Commissioner's final decision. In a notice filed on July 3, 2017, Plaintiff informed the Court that he will not be filing objections to the Magistrate Judge's Report.

The Magistrate Judge makes only a recommendation to the Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261 (1976). The Court is charged with making a de novo determination only of those portions of the Report to which specific objections are made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the

Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1). In the absence of specific objections, the Court reviews the matter only for clear error. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'") (quoting Fed. R. Civ. P. 72 advisory committee's note).

Here, because no objections were filed, the Court has reviewed the record, the applicable law, and the findings of the Magistrate Judge for clear error. Finding none, the Court hereby adopts and incorporates the Report (ECF No. 21). Therefore, it is **ORDERED** that the decision of the Commissioner of Social Security is affirmed.

  **IT IS SO ORDERED**.

<pre>
                                        s/Bruce Howe Hendrics
                                        The Honorable Bruce Howe Hendricks
                                        United States District Judge
</pre>

July 7, 2017
Charleston, South Carolina